SARAH STONER, *Appellee*, v. THE CITY OF KANSAS CITY, *Appellant*.

No. 18,139.

HEADNOTE BY THE REPORTER.

NEGLIGENCE—*Wrongful Death—Notice—Action by Widow.* The views expressed in the opinion in the case of *Nesbit v. City of Topeka,* 87 Kan. 394, 124 Pac. 166, approved and followed.

Appeal from Wyandotte court of common pleas. Opinion filed May 10, 1913. Affirmed.

*R. J. Higgins,* city attorney, and *W. H. McCamish,* assistant city attorney, for the appellant.

*J. E. McFadden* and *O. Q. Claflin,* both of Kansas City, for the appellee.

*Per Curiam:* The defendant asks that the case of *Nesbit v. City of Topeka,* 87 Kan. 394, 124 Pac. 166, be overruled. Upon reconsideration the court is satisfied with the views expressed in the opinion in that case, and consequently it is approved and followed.

An instruction to the jury stated that in computing damages the jury might take into consideration the loss, if any, sustained by the plaintiff from being deprived of the care, attention, and society of her husband. Standing alone, the statement might be taken as authorizing solace money as an independent item of damages. It was preceded and followed, however, by other statements which expressly limited recovery to pecuniary damages only, and consequently it is not likely that it was misconstrued.

The judgment of the district court is affirmed.